USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]
 United States Court of Appeals
 For the First Circuit

No. 98-1237

 JOHN MUISE,

 Plaintiff, Appellant,

 v.

 NEW ENGLAND MEDICAL CENTER HOSPITALS, INC.,

 Defendant, Appellee.

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Richard G. Stearns, U.S. District Judge]

 Before

 Boudin, Circuit Judge,
 Campbell, Senior Circuit Judge,
 and Lynch, Circuit Judge.
 
 

 Damon Scarano on brief for appellant.
 Matthew P. Poppel and Poppel & Pingitore on brief for
appellee.

July 2, 1998

 Per Curiam. Essentially for the reasons stated by
 the district court in its Memorandum and Order dated January
 28, 1998, we conclude that plaintiff's complaint properly was
 dismissed as untimely under M.G.L. c. 151B, 9.
 Affirmed. See 1st Cir. Loc. R. 27.1.